# U.S. District Court
## Northern District of New York [LIVE] (Syracuse)
### CIVIL DOCKET FOR CASE #: 5:03-cv-00849-NPM-DEP

**04-40144**

Hamilton Group v. U.S. Fence, LLC, et al
Assigned to: Senior Judge Neal P. McCurn
Referred to: Magistrate Judge David E. Peebles
Demand: $87000
Lead Docket: None
Related Cases: None
Case in other court: Onondaga Supreme, 03-03498
Cause: 28:1332 Diversity-Breach of Contract

Date Filed: 07/09/03
Jury Demand: None
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

**Plaintiff**
------------------------

**The Hamilton Group (Delaware), Inc.**, *individually and as successor in interest to AWM Transportation Co., Inc.*
*TERMINATED: 05/19/2004*

represented by **Laura L. Spring**
Sonneborn, Spring Law Firm
241 West Fayette Street
The Seneca Building
Syracuse, NY 13202
315-471-2151
Fax : 315-234-1972
Email: lspring@sonneborn.net
*TERMINATED: 05/19/2004*

V.

**Defendant**
------------------------

**U.S. Fence, LLC**
*TERMINATED: 05/19/2004*

represented by **John J. Reilly**
Holland, Knight Law Firm
195 Broadway
New York, NY 10007
212-513-3200
Fax : Fax 212-385-9010
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Fenclo Ltee**
*TERMINATED: 05/19/2004*

represented by **John J. Reilly**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ThirdParty Plaintiff**
------------------------

**Fenclo Ltee**

represented by **Susan Poder MacFalane**
Holland, Knight Law Firm

DOCUMENT
I certify that this is a printed copy of a document which was electronically filed with the UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF NEW YORK.
LAWRENCE K. BAERMAN, CLERK
Dated: 7/23/04
/s/ Deputy Clerk

>                                         195 Broadway
>                                         New York, NY 10007
>                                         212-513-3200
>                                         Fax : FAX 212-385-9010
>                                         Email: spoder@hklaw.com
>                                         *ATTORNEY TO BE NOTICED*

**U.S. Fence, LLC**                represented by   **Susan Poder MacFalane**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

V.

**ThirdParty Defendant**
-----------------------

**AWM TRANSPORTATION, INC.**       represented by   **Beth A. Brownson**
                                                    Greene, Hershdorfer Law Firm
                                                    One Lincoln Center
                                                    Suite 330
                                                    Syracuse, NY 13202-1309
                                                    315-422-6154
                                                    Fax : 315-475-2672
                                                    Email: bbrownson@greenehslaw.com
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

| Filing Date | # | Docket Text |
|---|---|---|
| 07/09/2003 | 1 | NOTICE OF REMOVAL by John J. Reilly, Esq., for U.S. Fence, Inc. and Fenclo Ltee from Onondaga County Supreme Court with case number 2003-3498; FILING FEE $ 150.00 RECEIPT # 67860 (jel) (Entered: 07/09/2003) |
| 07/09/2003 | 1 | COMPLAINT filed; (jel) (Entered: 07/09/2003) |
| 07/09/2003 |   | Deadline updated; setting Answer deadline to 7/16/03 for Fenclo Ltee, for U.S. Fence, LLC (jel) (Entered: 07/09/2003) |
| 07/09/2003 |   | General Order 25 Filing Order Issued; Conference set before Magistrate Judge David E. Peebles in Syracuse, Status Conference at 10:30 a.m. on 9/18/03, Deadline for filing Case Management Plan, 9/4/03, ADR Track Case. (jel) (Entered: 07/09/2003) |
| 07/16/2003 | 2 | ANSWER to Complaint by U.S. Fence, LLC, Fenclo Ltee (Attorney Reilly), (jt) (Entered: 07/16/2003) |

| | | |
|---|---|---|
| 09/08/2003 | 3 | LETTER REQUEST and ORDER: dtd 9/4/03 by Susan Poder MacFarlane, Esq. requesting that the initial status conference scheduled for 9/18/03 be conducted by telephone; request granted. (signed by Magistrate Judge David E. Peebles ) (dmf) (Entered: 09/08/2003) |
| 09/08/2003 | 4 | Proposed Joint Civil Case Management Plan Submitted. (dmf) (Entered: 09/10/2003) |
| 09/18/2003 | 5 | Minute entry: Rule 16 Conf. held before Judge Peebles in person in Syracuse, NY. Mandatory disclosure will be exchanged shortly between the parties. Parties expect to have 4-5 depositions taken. UPSO will be issued shortly. Judge excuses case from ADR. Next TC is scheduled for 01/21/04 at 3:30 p.m.. Pltf's. atty. is to initiate. Deft's. atty. states there is a small possibility that they may request to transfer this case. Judge directs Deft's. atty. that if this is the case, they must first request a telephone conf. to first discuss this matter. set Pretrial Conference for 3:30 1/21/04 Clerk: Shelly Lazzaro (sal) (Entered: 09/23/2003) |
| 09/23/2003 | 6 | Uniform Pretrial Order: Length of Trial: 3 days; Non Jury Trial Location: Syracuse; Joining of Parties Deadline 12/31/03; Amending of Pleadings Deadline 12/31/03; Discovery Deadline 3/31/04; Motion Filing Deadline 5/31/04; Non-Jury Trial ready deadline 7/30/04 (Signed by: Magistrate Judge David E. Peebles) (jmb) (Entered: 09/29/2003) |
| 09/23/2003 | 7 | SCHEDULING ORDER: setting the next Pretrial Conference for 1/21/04 at 3:30 PM by Telephone , plaintiff's attorney shall initate the call. (Signed by Magistrate Judge David E. Peebles) (jmb) (Entered: 09/29/2003) |
| 12/15/2003 | 8 | LETTER REQUEST AND ORDER: dtd 12/12/03 by James L. Sonneborn, Esq. requesting to extend the Joinder of Parties by 1/30/2004. Motions to be filed by 1/19/2004; request granted. Signed by Judge David E. Peebles on 12/15/03. (dmf) Additional attachment(s) added on 1/13/2004 (nas, ). (Entered: 12/22/2003) |
| 12/30/2003 | 9 | Request and Order dd 12/29/03 by Susan MacFarlane, Esq requesting to confirm that the deadlines are extended as follows; Venue and/or Jurisdiction Motions deadline is 1/19/04 and Joinder of Parties due by 1/30/2004; Granted.Signed by Judge David E. Peebles on 12/30/03. (jlm) (Entered: 12/30/2003) |
| 01/21/2004 | 10 | Minute Entry for proceedings held before Judge David E. Peebles, APPR: James Sonneborn, Esq for pltf; Susan McFarland, Esq for defts; Deft plans on filing a third-party complaint, and the pltf does not intend to contest it; Judge Peebles directs deft to send the third- |

| | | |
|---|---|---|
| | | party complaint along with a stipulation to atty Sonneborn for his approval. Parties discussed the extension of certain deadlines and Judge Peebles defers any extentions until the third-party complaint is filed. Interim Pretrial Conference held on 1/21/2004. (jlm) (Entered: 01/22/2004) |
| 01/21/2004 | 11 | NOTICE of Hearing: Telephone Pretrial Conference set for 3/15/2004 at 3:30 PM in Syracuse before Magistrate Judge David E. Peebles. (jlm) (Entered: 01/22/2004) |
| 01/30/2004 | 12 | THIRD PARTY COMPLAINT against AWM TRANSPORTATION, INC., filed by Fenclo Ltee, U.S. Fence, LLC.(Poder MacFalane, Susan) Modified on 2/2/2004 (jlm). (Entered: 01/30/2004) |
| 01/30/2004 | 13 | STIPULATION *Permitting Filing of 3rd Party Complaint of U.S. Fence, LLC and Fenclo Ltee* by Fenclo Ltee. (Attachments: # 1 Exhibit Third Party Complaint)(Poder MacFalane, Susan) (Entered: 01/30/2004) |
| 01/30/2004 | | CLERK'S CORRECTION OF DOCKET ENTRY. Re 12 Third Party Complaint. Deleted Third-party Plaintiff AWM Transportation, Inc. Atty incorrectly selected all parties for filer when docketing the Third-Party Complaint. Third-Party pltf's should only be U.S Fence and Frenclo Ltee. AWM Transportation is Third-Party Defendant. (jlm) (Entered: 02/02/2004) |
| 02/02/2004 | | Third-Party Summons Issued as to AWM TRANSPORTATION, INC. (jt) Modified on 2/2/2004 (jlm). (Entered: 02/02/2004) |
| 02/04/2004 | 14 | ORDER granting the 13 Stipulation for leave to file Third-Party Complaint by defts. Third-party complaint filed 1/30/04, document 12. Signed by Judge Neal P. McCurn on 2/4/04. (jlm) (Entered: 02/06/2004) |
| 03/15/2004 | 15 | Minute Entry for Pretrial Conference held on 3/15/2004 before Judge David E. Peebles, APPR: James Sonneborn, Esq for pltf; Susan Poder MacFarlane, Esq for deft Fenclo Ltd; James P. Ehrhard, Esq for deft AWM Transp. Atty Ehrhard joined the call and said that counsel had agreed to extend his time to answer 60 days; Judge Peebles stays the current UPSO and tells the parties that he will schedule a new conference call on 6/24/04 at 3:00 pm at which time the parties should know where they are headed procedurally. (jlm) (Entered: 03/16/2004) |
| 03/15/2004 | 16 | NOTICE of Hearing: Telephone Pretrial Conference set for 6/24/2004 03:00 PM before Magistrate Judge David E. Peebles. (jlm) (Entered: 03/16/2004) |

| | | |
|---|---|---|
| 03/17/2004 | 18 | Letter addressed to atty Ehrhard from Judge Peebles clarify the point of whether there is a local counsel requirement in our court's rules raised during a telephonic conference conducted in this matter on 3/15/04. (jlm) (Entered: 03/19/2004) |
| 03/18/2004 | 17 | AFFIDAVIT of Service for Third Party Summons and Complaint served on Elaine Stone, Gen. Manager on February 25, 2004, filed by U.S. Fence, LLC. (Poder MacFalane, Susan) (Entered: 03/18/2004) |
| 05/17/2004 | 19 | STIPULATION *of Discontinuance* by The Hamilton Group (Delaware), Inc.. (Sonneborn, James) (Entered: 05/17/2004) |
| 05/19/2004 | 20 | STIPULATION of Partial Discontinuance; The action against U.S. Fence, LLc and Fenclo Ltee is hereby discontinued, with prejudice, without costs to either party as against the other. Note: Defts' Third-Party action against AWM Transportation, Inc., shall Continue. Case remains open. (jlm) (Entered: 05/19/2004) |
| 06/01/2004 | 21 | MOTION to Dismiss for Lack of Personal Jurisdiction/or in the alternative to transfer venue filed by Beth Brownson, Esq for Third-Party Deft AWM TRANSPORTATION, INC. Motion Hearing set for 7/6/2004 (incorrectly noticed as 7/7/04) at 10:00 AM in Syracuse before Senior Judge Neal P. McCurn. Response to Motion due by 6/21/2004 Reply to Response to Motion due by 6/25/2004. (Attachments: # 1 Memorandum of Law # 2 Affidavit # 3 Proposed Order/Judgment)(jlm) (Entered: 06/03/2004) |
| 06/04/2004 | 22 | AFFIDAVIT of Service for affidavit of service *for Motion to Dismiss* served on Susan Poder MacFarlane, Esq. on June 1, 2004, filed by AWM TRANSPORTATION, INC.. (Brownson, Beth) (Entered: 06/04/2004) |
| 06/07/2004 | 23 | NOTICE that the 21 MOTION to Dismiss for Lack of Personal Jurisdiction will be considered on the papers submitted and there will be no need for counsel to appear on the return date. Signed by Judge McCurn (jlm) (Entered: 06/10/2004) |
| 06/23/2004 | 24 | STIPULATION *transferring venue* by AWM TRANSPORTATION, INC.. (Attachments: # 1)(Brownson, Beth) (Entered: 06/23/2004) |
| 07/22/2004 | 25 | ORDER denying 21 Motion to Dismiss for Lack of Personal Jurisdiction; and request of 3rd-Pty Deft. AWM Transportation, Inc., and Defts/3rd-Pty Pltfs. for transfer of venue to USDC for District of Massachusetts Western Division is hereby GRANTED. Signed by Judge Neal P. McCurn on 7/22/04. [copies served by mail upon attorneys not receiving electronic notification] (lmp) (Entered: 07/23/2004) |