UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE HAMILTON GROUP (DELAWARE), INC. Individually and as successor in interest to AWM TRANSPORTATION CO., INC., <br><br> Plaintiff, <br><br> v. <br><br> U.S. FENCE, LLC, and FENCLO LTEE, <br><br> Defendants/ Third-Party Plaintiffs, <br><br> v. <br><br> AWM TRANSPORTATION, INC., <br><br> Third-Party Defendant. | NO. 4:04-CV-40144-FDS |

## NOTICE OF APPEARANCE

Please enter my appearance as attorney for Defendants/Third-Party Plaintiffs U.S. Fence, LLC and Fenclo Ltee in the above-captioned matter.

                                                Respectfully Submitted,
                                                Defendants/Third Party Plaintiffs, U.S. Fence and Fenclo Ltee

                                                HOLLAND & KNIGHT LLP

                                                By:  Dianne R. Phillips (BBO No. 552982)
                                                     10 St. James Avenue, 11th Floor
                                                     Boston, MA  02116
                                                     (617) 523-2700

Dated:  October 1, 2004

# 2291363_v1

## CERTIFICATE OF SERVICE

I hereby certify under the penalties of perjury that on October 1, 2004 this document was served upon counsel for Plaintiff, James P. Ehrhard, Esq., Kressler & Kressler, P.C., 11 Pleasant Street, Worcester, MA 01609 and counsel for Third-Party Defendant, Beth A. Brownson, Esq., Greene, Hershdorfer Law Firm, One Lincoln Center, Suite 330, Syracuse, NY, 13202-0309, by U.S. Mail.

_____
Dianne R. Phillips (BBO No. 552982)

# 2291363_v1