UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE HAMILTON GROUP (DELAWARE), INC. Individually and as successor in interest to AWM TRANSPORTATION CO., INC., <br><br> Plaintiff, <br> v. <br><br> U.S. FENCE, LLC and FENCLO LTEE, <br><br> Defendants/Third-Party Plaintiffs/Third-Party Counter-defendants, <br> v. <br><br> AWM TRANSPORTATION, INC., <br><br> Third-Party Defendant/ Third-Party Counter-plaintiff. | No. 4:04-CV-40144-FDS |

**NOTICE OF APPEARANCE**

Please enter my appearance as attorney for Third-Party Defendant/Third-Party Counter-plaintiff, AWM Transportation, Inc., in the above captioned matter.

                                                Respectfully submitted,
                                                AWM Transportation, Inc.,
                                                By its attorney,

                                                _/s/ James P. Ehrhard_____
                                                James P. Ehrhard (BBO#651797)
                                                KRESSLER & KRESSLER, P.C.
                                                11 Pleasant Street
                                                Worcester, Massachusetts 01609
                                                jamese@conversent.net
                                                Tel: 508.831.3556

Dated: October 5, 2004

## CERTIFICATE OF SERVICE

      I, James P. Ehrhard, hereby certify that, upon receipt of the notice of electronic service, I will immediately serve a copy of 'Notice of Appearance' by first class mail to the parties listed below if not noted as having received electronic service:

Dianne R. Phillips, Esq.
Holland & Knight, LLP
10 St. James Avenue, 11th Floor
Boston, Massachusetts 02116

Susan Poder MacFarlane, Esq.
Holland & Knight, LLP
195 Broadway
New York, New York 10007

                                                                                     _/s/ James P. Ehrhard____
                                                                                      James P. Ehrhard, Esq.

Dated: October 5, 2004