# GREENE, HERSHDORFER & SHARPE
ATTORNEYS AT LAW

ONE LINCOLN CENTER, SUITE 330
SYRACUSE, NEW YORK 13202-1317

(315) 422-6154
FAX (315) 475-2672†

VICTOR J. HERSHDORFER
RONALD V. SHARPE
BRUCE G. SODEN
LORRAINE RANN MERTELL
BETH A. BROWNSON *
*ALSO ADMITTED IN PA

HILBERT I. GREENE
OF COUNSEL

† Not for service of process

October 29, 2004

Clerk, U.S. District Court
District of Massachusetts
Donohue Federal Building
595 Main Street
Worcester, MA 01608

Re: Hamilton Group, Inc., Individually and as successor in interest to
AWM Transportation Co., Inc. v. US Fence, et al
5:03-CV-849 (NPM/DEP)
Our File No. 1350-BB

Dear Sir/Madam:

AWM is being represented in the Massachusetts venue by James P. Ehrhart. We have forwarded a substitution of counsel form to him to complete and file with the court.

As Mr. Ehrhart will represent AWM at the Scheduling Conference on November 23rd, I believe my appearance would not me necessary. If the court nonetheless wishes my appearance, I will comply. (I am not admitted to the practice of law in Massachusetts)

Sincerely,

Beth A. Brownson
bbrownson@greenehslaw.com †

BAB/mk

cc: Dianne R. Phillips, Esq.
Holland & Knight, LLP
10 St. James Avenue, 11th Floor
Boston, MA 02116