# SONNEBORN, SPRING & O'SULLIVAN, P.C.

ATTORNEYS & COUNSELORS AT LAW

JAMES L. SONNEBORN
jls@sonneborn.net

October 29, 2004

Hon. F. Dennis Saylor
United States District Court
District of Massachusetts
595 Main Street
Worcester, Massachusetts 01608

RE: **THE HAMILTON GROUP (DELAWARE), INC. v. U.S. FENCE, LLC, ET AL.**
**C.A. No. 04-40144-FDS**

Dear Judge Saylor:

This office represented the Plaintiff, The Hamilton Group (Delaware), Inc., in the above-captioned action. On October 28, 2004, our office received a Notice of Scheduling Conference. I write to you to inform you that our client is no longer a party to this action. A Stipulation of Discontinuance was signed by Susan Poder MacFarlane, Esq., representing the Defendant, U.S. Fence, Inc. and Fenclo Ltee, and by me as attorney for the Plaintiffs. It was filed electronically on May 17, 2004, and signed by Judge David E. Peebles on May 19, 2004. I enclose a copy of the Stipulation for your reference.

Our office contacted the Clerk of the Court to inquire if our appearance was still required. He stated that we do not need to appear since we are no longer a party to this action. He further stated that when the file was transferred to your Court, the docket sheet was not detailed enough for them to see that my client was no longer a party. We inquired if a letter from our office would facilitate a review of the records for the Court. I therefore provide this letter.

Should the Court have any questions or require any additional information, please do not hesitate to contact the undersigned.

Very truly yours,

James L. Sonneborn

JLS/mck
Enclosure

241 WEST FAYETTE STREET, SYRACUSE, NEW YORK 13202 • TELE: (315) 471-2151 • FAX: (315) 234-1972

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

THE HAMILTON GROUP (DELAWARE), INC.,
Individually and as successor in interest to
AWM TRANSPORTATION CO., INC.,

      Plaintiff,

v.

U.S. FENCE, LLC and FENCLO LTEE,

      Defendants/Third-
      Party Plaintiffs,

v.

AWM TRANSPORTATION, INC.,

      Third-Party
      Defendant.

No. 5:03CV849 NPM/DEP

STIPULATION OF
DISCONTINUANCE

So Ordered,

_____
David E. Peebles
United States Magistrate Judge
Dated:
      Syracuse, New York

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for Plaintiff, The Hamilton Group (Delaware), Inc., and Defendants, U.S. Fence, LLC and Fenclo Ltee, to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action against U.S. Fence, LLC and Fenclo Ltee hereby is discontinued, with prejudice, without costs to either party as against the other. This Stipulation may be filed without further notice with the Clerk of the Court. Defendants' Third Party action against AWM Transportation, Inc. shall continue. DPM

Dated: April __, 2004

_____
JAMES L. SONNEBORN, ESQ.
Sonneborn, Spring & O'Sullivan, P.C.
Attorneys for Plaintiff
THE HAMILTON GROUP (DELAWARE), INC.
241 WEST FAYETTE STREET
SYRACUSE, NY 13202

Dated: April 26, 2004

_____
SUSAN PODER MACFARLANE, ESQ.
Holland & Knight, LLP
Attorneys for Defendants
U.S. FENCE, INC. and FECLO LTEEE
195 BROADWAY
NEW YORK, NY 10007