UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

THE HAMILTON GROUP (DELAWARE),
INC. Individually and as successor in interest to
AWM TRANSPORTATION CO., INC.,

                Plaintiff,

v.

U.S. FENCE, LLC, and FENCLO LTEE,

                Defendants/
                Third-Party
                Plaintiffs,

v.

AWM TRANSPORTATION, INC.,

                Third-Party
              Defendant.

NO. 4:04-CV-40144-FDS

---

## UNOPPOSED MOTION FOR ADMISSION OF ATTORNEYS TO PRACTICE *PRO HAC VICE*

I, Dianne R. Phillips, am a Partner with the law firm of Holland & Knight LLP, 10 St. James Avenue, 11th Floor, Boston, Massachusetts 02116, and am a member of the Bar of this Court. Pursuant to Local Rule 83.5.3, I hereby move for the admission *pro hac vice* of Susan Poder MacFarlane, to appear and practice in this Court as counsel for the Defendants/Third-Party Plaintiffs U.S. Fence LLC and Fenclo Ltée in the above-captioned case. James P. Ehrhard, counsel for Third-Party Defendant, AWM Transportation, Inc., has no opposition to this motion.

Filed herewith is a sworn certification by counsel that (1) she is in good standing with the Bars of the Courts in which she is admitted; (2) no disciplinary proceedings are pending against

her as a member of the Bar in any jurisdiction; and (3) she is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

WHEREFORE, it is respectfully requested that Susan Poder MacFarlane be granted leave to appear and practice in this Court in the above-captioned case.

Respectfully Submitted,
Defendants/Third Party Plaintiffs, U.S. Fence and Fenclo Ltee

HOLLAND & KNIGHT LLP

By: Dianne R. Phillips (BBO No. 552982)
    10 St. James Avenue, 11th Floor
    Boston, MA  02116
    (617) 523-2700

Dated: November 17, 2004

## CERTIFICATE OF SERVICE

I hereby certify under the penalties of perjury that this document was served upon counsel for Third-Party Defendant on November 17, 2004, by U.S. Mail.

# 2034306_v1