UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE HAMILTON GROUP (DELAWARE), INC. Individually and as successor in interest to AWM TRANSPORTATION CO., INC., <br><br>      Plaintiff, <br><br>v. <br><br>U.S. FENCE, LLC, and FENCLO LTEE, <br><br>      Defendants/ Third-Party Plaintiffs, <br><br>v. <br><br>AWM TRANSPORTATION, INC., <br><br>      Third-Party Defendant. | NO.  4:04-CV-40144-FDS |

**CERTIFICATION OF SUSAN PODER MACFARLANE IN SUPPORT OF MOTION FOR ADMISSION OF ATTORNEYS TO PRACTICE PRO HAC VICE**

I, Susan Poder MacFarlane, under oath depose and state as follows:

1. I am an attorney with the firm of Holland & Knight LLP.

2. I make this certification in support of the Motion for Admission of Attorneys to Practice *Pro Hac Vice* before the United States District Court for the District of Massachusetts as counsel for defendants/third-party plaintiffs U.S. FENCE, LLC, and FENCLO LTEE in the above-captioned action.

3. I am a member in good standing of the Bars of Illinois and New York and am licensed to practice before the local courts of those jurisdictions, as well as

# 2034297_v1

before the United States District Court for the Districts of Northern and Central Illinois and Northern, Southern and Eastern Districts of New York .

4. There are no disciplinary proceedings pending against me as a member of the bar of any jurisdiction.

5. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Sworn under penalties of perjury this 28th day of June.

_____
Susan Poder MacFarlane

STATE OF NEW YORK  } SS.:
COUNTY OF NEW YORK }

_____
Notary Public

SWORN TO BEFORE ME
THIS 28th DAY OF JUNE 2004

# 2034297_v1

RUDY D. GREEN
Notary Public, State of New York
No. 02GR4962723
Qualified in Queens County
Certificate Filed in New York County
Commission Expires February 26, 2006