UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

THE HAMILTON GROUP (DELAWARE), INC.
Individually and as successor in interest to
AWM TRANSPORTATION CO., INC.,

          Plaintiff,

v.

U.S. FENCE, LLC, and FENCLO LTEE,

          Defendants/
          Third-Party
          Plaintiffs,

v.

AWM TRANSPORTATION, INC.,

          Third-Party
          Defendant.

NO. 4:04-CV-40144-FDS

_____

## JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1

Counsel for the parties have conferred, as required by Rule 16.1(B) of the Local Rules of this Court, and now submit this Joint Statement in accordance with Local Rule 16.1(D).

**I.    NATURE OF THE CASE**

This case involves breach of contract and unjust enrichment claims asserted by third party plaintiffs U.S. Fence, Inc., f/k/a U.S. Fence, LLC ("U.S. Fence") and Fenclo Ltée ("Fenclo") against third party defendant AWM Transportation, Inc. ("AWM") and breach of contract counterclaims claims asserted by AWM against

# 2387447_v1

both U.S. Fence and Fenclo. All claims asserted by the Plaintiff, The Hamilton Group (Delaware), Inc., have been voluntarily dismissed and it is no longer a party to this action.

II.   **AGENDA OF MATTERS TO BE DISCUSSED AT SCHEDULING CONFERENCE**

A.   The motion for the admission *pro hac vice* of Susan Poder MacFarlane to appear in this Court on behalf of U.S. Fence and Fenclo, to which AWM does not object.

B.   The schedule for this action, which shall encompass the following:
1.   Fact discovery;
2.   Inspection of damaged product;
3.   Dispositive motions;
4.   Trial.

C.   Status of settlement discussions.

III.   **PROPOSED DISCOVERY PLAN AND MOTION SCHEDULE**

The parties have agreed to the following proposed events:

A.   <u>Fact Discovery</u>

Each of the parties has made its voluntary disclosures pursuant to Fed. R. Civ. 26(a)(1). However, U.S. Fence and Fenclo have asked AWM to supplement its response to include production of insurance policies and a calculation of damages claimed. The inspection of U.S. Fence and Fenclo's damaged products shall be conducted by January 31, 2005. All interrogatories, document requests, and/or requests for admissions must be served so that responses thereto will be served by March 31, 2005. All depositions shall be taken on or before June 30, 2005. Fact discovery shall be completed no later than June, 30, 2005.

B.  Motions for Summary Judgment

Motions for summary judgment, if any, shall be served and filed no later than July 29, 2005. Opposition to any motions for summary judgment shall be served and filed no later than August 19, 2005. Replies to oppositions to motions for summary judgment shall be served and filed by August 26, 2005.

C.  Amendment of Pleadings, Joinder of Parties

Motions for leave to amend pleadings pursuant to Fed. R. Civ. P. 15 or for joinder of parties pursuant to Fed. R. Civ. P. 19 must be served and filed, to the extent that service or filing of such motions is otherwise permitted by this Court and be the Federal Rules of Civil Procedure, no later than April 29, 2005.

D.  Trial

A pretrial conference shall take place on the first date convenient to the court following its ruling on any summary judgment motion.

IV.  CERTIFICATIONS

The parties will submit the certifications required by Local Rule 16.1(D)(3) at or prior to the scheduling conference. U.S. Fence and Fenclo will have served a settlement demand on AWM pursuant to Local Rule 16.1(C) and AWM will have served a settlement demand on U.S. Fence and Fenclo.

V.  TRIAL BY MAGISTRATE JUDGE

The parties do not consent at this time to a trial by a Magistrate Judge.

VI.  ALTERNATIVE DISPUTE RESOLUTION

The parties consent to mediation to be conducted after the close of written discovery. Each party may attend the mediation through its counsel who shall have settlement authority.

Dated: November 17, 2004

Respectfully submitted,

| U.S. FENCE, LLC and FENCLO LTEE Third Party Plaintiffs | AWM TRANSPORTATION, INC. Third Party Defendants |
|---|---|
| By their attorneys, | By its attorneys, |
| HOLLAND & KNIGHT LLP | KRESSLER & KRESSLER, P.C. |

By: _____
Dianne R. Phillips
(BBO No. 552982)
10 St. James Avenue, 11th Floor
Boston, Massachusetts 02116
617-523-2700

Susan Poder MacFarlane
(Bar No. 512015)
(*pro hac vice* admission pending)
195 Broadway
New York, New York 10007
(212) 513-3200

By: _____
James P. Ehrahrd
(BBO No. 651797)
11 Pleasant Street
Worcester, Massachusetts 01609
(508) 831-3556