UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE HAMILTON GROUP (DELAWARE), INC. Individually and as successor in interest to AWM TRANSPORTATION CO., INC., <br><br> Plaintiff, <br><br> v. <br><br> U.S. FENCE, LLC, and FENCLO LTEE, <br><br> Defendants/Third-Party Plaintiffs, <br><br> v. <br><br> AWM TRANSPORTATION, INC., <br><br> Third-Party Defendant. | NO. 4:04-CV-40144-FDS |

## CERTIFICATION OF CONFERENCE UNDER LOCAL RULE 16.1(D)(3)

The undersigned hereby certify, in accordance with Local Rule 16.1(D)(3), that they have conferred about establishing a budget for the cost of conducting the full course, and various alternative courses, of this litigation, and to discuss the use of alternative dispute resolution programs as a means of resolving this action.

_____
**CLIENT REPRESENTATIVE**
U.S. Fence, LLC and
Fenclo, Ltée
583, Grand Bernier Nord
Saint-Jean-sur-Richelieu, Quebec
J3B 8K1, Canada

_____
Susan Poder MacFarlane
(admitted *pro hac vice*)
Holland & Knight LLP
195 Broadway
New York, New York, 10803

Dated: November 22, 2004

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been furnished to James P. Ehrhard, Esq., Kressler & Kressler, P.C., 11 Pleasant Street, Worcester, MA 01609 via hand delivery on this 23nd day of November, 2004:

_____
Dianne R. Phillips

# 2413912_v1

- 2 -