UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>The Hamilton Group, et al.,</u>
  Plaintiff(s),

  V.

CIVIL ACTION

NO. <u>04-40144-FDS</u>

<u>U.S. Fence LLC., et al.,</u>
  Defendant(s),

<u>SETTLEMENT ORDER OF DISMISSAL</u>

<u>Saylor, D. J.</u>

 The Court having been advised on  <u>July 27, 2005</u>  that the above-entitled action has been settled;

 IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

             By the Court,

<u> July 27, 2005 </u>      <u>/s/ Martin Castles </u>
  Date            Deputy Clerk