UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE HAMILTON GROUP (DELAWARE), INC. Individually and as successor in interest to AWM TRANSPORTATION CO., INC., | NO. 4:04-CV-40144-FDS |
| Plaintiff, | |
| v. | |
| U.S. FENCE, LLC, and FENCLO LTEE, | |
| Defendants/ Third-Party Plaintiffs, | |
| v. | |
| AWM TRANSPORTATION, INC., | |
| Third-Party Defendant. | |

### **STIPULATION OF DISMISSAL WITH PREJUDICE**

In accordance with Fed. R. Civ. P. 41(a)(1), the remaining parties, third-party plaintiffs/third-party counter-defendants U.S. Fence, Inc. f/k/a U.S. Fence, LLC and Fenclo Ltée (collectively "US Fence") and AWM Transportation, Inc. third-party defendant/third-party counter-plaintiff hereby stipulate and agree to the dismissal of all claims and causes of action with prejudice, without costs and with all rights of appeal waived.

# 3087447_v1

Respectfully submitted,

| | |
|---|---|
| U.S. FENCE, LLC and<br>FENCLO LTEE<br>Third-Party Plaintiffs/<br>Third-Party Counter-Defnedant | AWM TRANSPORTATION, INC.<br>Third-Party Defendant<br>Third-Party Counter-Plaintiff |
| By their attorneys,<br>HOLLAND & KNIGHT LLP<br><br>By: _____<br>Dianne R. Phillips<br>(BBO No. 552982)<br>10 St. James Avenue, 11th Floor<br>Boston, Massachusetts 02116<br>617-523-2700 | By its attorneys,<br>KRESSLER & EHRHARD, P.C.<br><br>By: _____<br>James P. Ehrhard<br>(BBO No. 651797)<br>11 Pleasant Street<br>Worcester, Massachusetts 01609<br>(508) 831-3556 |

Dated: August 24, 2005

*I hereby certify under the pains and penalties of perjury that this document was served upon counsel for all parties in this case on 8/24/05 _____ by hand/by mail.*